Last Updated: February 2018

FORM 1 (ND/SD MISS. JAN. 2018)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

NITA MICHELLE CHANDLER

**PLAINTIFF**

v.

**CIVIL ACTION No.** 1:19-CV-00185-GHD-DAS

THE HARTFORD

**DEFENDANT**

# CASE MANAGEMENT ORDER

This Order, including all deadlines, has been established with the participation of all parties and can be modified only by order of the Court on a showing of good cause supported with affidavits, other evidentiary materials, or reference to portions of the record.

**IT IS HEREBY ORDERED:**

1. **ESTIMATED DAYS OF TRIAL:** _1_____

   **ESTIMATED TOTAL NUMBER OF WITNESSES:** _2_____

   **EXPERT TESTIMONY EXPECTED:** No

2. **ALTERNATIVE DISPUTE RESOLUTION [ADR].** (Pick one)

   Alternative dispute resolution techniques appear helpful and will be used in this civil action as follows:

   A Settlement Conference is set before U.S. Magistrate Judge David Sanders on May 18, 2020, in Oxford. The Settlement conference will begin at 10:00 a.m. and conclude no later than 1:00 p.m. The Parties are encouraged to begin settlement negotiations at least one week prior to the scheduled conference.

3. **CONSENT TO TRIAL BY UNITED STATES MAGISTRATE JUDGE.** (Pick one)

   The parties do not consent to trial by a United States Magistrate Judge.

Form 1 (ND/SD miss. jan. 2018)

**4. Disclosure.** (Pick one)

The following additional disclosure is needed and is hereby ordered:

Defendant will provide Initial Disclosures and produce a copy of all relevant, non-privileged documents to Plaintiff on or before December 12, 2019.

**5. Motions; Issue Bifurcation.** (Pick one)

Staged resolution, or bifurcation of the issues for trial in accordance with FED. R. CIV. P. 42 (b) will not assist in the prompt resolution of this action.

Statement Not Applicable.

**6. Discovery Provisions and Limitations.**

**A.** Interrogatories are limited to _25_ succinct questions.

**B.** Requests for Production are limited to _25_ succinct questions.

**C.** Requests for Admissions are limited to _25_ succinct questions.

**D.** Depositions are limited to the parties, experts, and no more than

_0_ fact witness depositions per party without additional approval of the Court.

FORM 1 (ND/SD MISS. JAN. 2018)

**E.** The parties have complied with the requirements of Local Rule 26(f)(2) and (3)(C) regarding discovery of electronically stored information and have concluded as follows:

Any electronic information, such as e-mails or electronic claims diary notes, generated in connection with the adjudication of Plaintiff's claim will be produced as part of the claim file as PDFs.

**F.** The court imposes the following further discovery provisions or limitations:

☐ 1. The parties have agreed that defendant may obtain a Fed.R.Civ. P. 35 (L.U.Civ.R. 35) medical examination of the plaintiff (within subpoena range of the court) by a physician who has not examined the plaintiff, and that defendant may arrange the examination without further order of the court. The examination must be completed in time to comply with expert designation discovery deadlines.

☑ 2. Pursuant to FED.R.EVID. 502(d), the attorney-client privilege and the work-product protections are not waived by any disclosure connected within this litigation pending before this Court. Further, the disclosures are not waived in any other federal or state proceeding.

☐ 3. Plaintiff must execute an appropriate, HIPAA-compliant medical authorization.

☑ 4. The court desires to avoid the necessity of filing written discovery motions where court participation in an informal discussion of the issue might resolve it, even after the parties have been unsuccessful in a good faith attempt to do so. Consequently, before a party may serve any discovery motion, counsel must first in good faith as required by Fed. R. Civ. P. 37(a)(1). If the attorney conference does not resolve the dispute, counsel must contact the chambers of the magistrate judge to request a telephonic conference to discuss the issue as contemplated by Fed. R. Civ. P.16(b)(3)(B) (v). Only if the telephonic conference with the judge is unsuccessful in resolving the issue may a party file a discovery motion.

☐ 5. Other:

Form 1 (ND/SD miss. jan. 2018)

**7. Scheduling Deadlines**

**A. Trial.** This action is set for  NON-JURY TRIAL

beginning on:  April 5, 2021 , at  10:00 ,  a.m. , in  Oxford ,

Mississippi, before United States  District  Judge  Glen H. Davidson .

THE ESTIMATED NUMBER OF DAYS FOR TRIAL IS  0 . ANY CONFLICTS WITH THIS TRIAL DATE MUST BE SUBMITTED IN WRITING TO THE TRIAL JUDGE IMMEDIATELY UPON RECEIPT OF THIS CASE MANAGEMENT ORDER.

**B. Pretrial.** The pretrial conference is set on:  March 8, 2021 , at  10:00 ,  a.m. ,

in  Oxford , Mississippi, before United States  Magistrate

Judge  David A. Sanders .

**C. Discovery.** All discovery must be completed by:  August 14, 2020 .

**D. Amendments.** Motions for joinder of parties or amendments to the pleadings must be

filed by:  February 14, 2020 .

**E. Experts.** The parties' experts must be designated by the following dates:

**1.** Plaintiff(s):  N/A .

**2.** Defendant(s):  N/A .

FORM 1 (ND/SD MISS. JAN. 2018)

8. **MOTIONS.** All dispositive motions and *Daubert*-type motions challenging another party's expert

must be filed by: September 15, 2020           .The deadline for motions *in limine* is fourteen days

before the pretrial conference; the deadline for responses is seven days before the pretrial

conference.

9. **SETTLEMENT CONFERENCE.**

A SETTLEMENT CONFERENCE is set on: May 18, 2020           , at 10:00     , a.m.     in

Oxford           , Mississippi, before United States Magistrate           Judge

David Sanders           .

Seven (7) days before the settlement conference, the parties must submit via e-mail to the magistrate

judge's chambers an updated CONFIDENTIAL SETTLEMENT MEMORANDUM. All parties are

required to be present at the conference unless excused by the Court. If a party believes the scheduled

settlement conference would not be productive and should be cancelled, the party is directed to inform

the Court via e-mail of the grounds for their belief at least seven (7) days prior to the conference.

10. **REPORT REGARDING ADR.** On or before (7 days before FPTC) _____, the parties

must report to the undersigned all ADR efforts they have undertaken to comply with the Local Rules or

provide sufficient facts to support a finding of just cause for failure to comply. *See L.U.Civ.R.83.7(f)(3).*

**SO ORDERED:**

12/11/2019                /s/ David A. Sanders

DATE                UNITED STATES MAGISTRATE JUDGE